✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| For the | DISTRICT OF | Massachusetts |
|---------|-------------|---------------|

United States of America

v.

Kevin Martinez

## EXHIBIT AND WITNESS LIST

Case Number:   4:19-cr-40049-TSH-11

| PRESIDING JUDGE M. Page Kelley | PLAINTIFF'S ATTORNEY Alathea E. Porter | DEFENDANT'S ATTORNEY Robert L. Peabody |
|---|---|---|
| TRIAL DATE (S) 9/15/2021 | COURT REPORTER Kelly Mortellite | COURTROOM DEPUTY Leonardo T. Vieira |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| x | | 9/15/2021 | | x | Ex 1 Beltran Photos |
| x | | 9/15/2021 | | x | Ex 2 Restraining order affidavit |
| x | | 9/15/2021 | | x | Ex 3 Affidavit translation |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.