UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>(11) KEVIN MARTINEZ,<br><br>Defendant. | Criminal No. 1:19-cr-40049-TSHs |

### GOVERNMENT'S SENTENCING MEMORANDUM

On March 23, 2022, the defendant, Kevin Martinez, pleaded guilty to Count One of an eight count superseding indictment, which charged him with conspiracy to distribute and to possess with intent to distribute one kilogram or more of heroin, 400 grams or more of fentanyl, 280 grams or more of cocaine base, and 500 grams or more of cocaine, in violation of 21 U.S.C. § 846. There is no written plea agreement in this case.

The Final Pre-Sentence Report ("PSR") prepared by the United States Probation Office ("Probation"), dated September 9, 2022, concluded that the defendant's advisory guideline sentencing range ("GSR") was 27-33 months, based on a Total Offense Level of 17 and a Criminal History Category of II. PSR at ¶¶ 36-45, and 105. The defendant is also facing a mandatory term of supervised release of six years. PSR at ¶ 107. The government agrees with this calculation.

For the reasons set forth in the PSR, the defendant's history and characteristics, and as will be addressed at the sentencing hearing, the government believes a sentence at the low end of the guidelines range, as calculated by Probation, is the minimum sentence sufficient, but not greater than necessary, to comply with the purposes set forth in 18 U.S.C. § 3553.

### Conclusion

For the reasons set forth herein, as detailed in the PSR, as well as will be addressed at the

sentencing hearing, the government believes that a sentence of 27 months, followed by six years of supervised release, is the minimum sentence sufficient, but not greater than necessary, to comply with the purposes set forth in 18 U.S.C. § 3553.

DATED: September 12, 2022

                                                  Respectfully submitted,

                                                  RACHAEL S. ROLLINS
                                                  United States Attorney

By:    */s/ Alathea E. Porter*
       Alathea E. Porter
       Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2022, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                  */s/ Alathea E. Porter*
                                                  Alathea E. Porter
                                                  Assistant U.S. Attorney